UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

**JASON SINAGWANA NSINANO,**     Case No. 5:17-cv-00094-VBF (GJS)

    Petitioner,                    JUDGMENT

    v.

JEFFERSON BEAUREGARD SESSIONS III (Attorney General of the United States),

    Respondent.

Pursuant to this Court's contemporaneously issued Order Dismissing he Section 2241 Habeas Corpus Petition With Prejudice for Lack of Subject-Matter Jurisdiction and Directing the Entry of Separate Judgment, **final judgment is hereby entered in favor of the respondent and against petitioner Jason Sinagwana Nsinao**.

Dated: Friday, February 17, 2017

                                 /s/ Valerie Baker Fairbank
                                 VALERIE BAKER FAIRBANK
                                 Senior United States District Judge